**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 12, 2020

**BY ECF**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-12-20

Re: United States v. Mohammed Altaf Hossain, 19 Cr. 756 (ALC)

Dear Judge Carter:

On November 13, 2019, Mohammed Altaf Hossain, the defendant, was arraigned on an Indictment in the above-captioned case. A status conference is currently scheduled for February 13, 2020, at 2 p.m. The parties have been in active discussions regarding possible pre-trial resolution, but have not yet reached an agreement. Therefore, the Government respectfully requests that the Court adjourn the status conference for a period of approximately two weeks, so that the parties may continue these discussions in the hopes of reaching a prompt resolution. This is the first request for an adjournment.

In the event that the Court grants the requested adjournment, the Government respectfully requests that the Court exclude time under the Speedy Trial Act, from February 13, 2020 to the date that the conference is rescheduled, to permit the parties to continue to engage in negotiations for pre-trial resolution. The Government submits that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The Government has conferred with counsel for the defendant, who has consented to the Government's request.

Application granted. Time excluded. Status Conference adjourned to 2-28-20 at 10:30 a.m.
So Ordered.
[signature: Andrew L. Carter]
2-12-20

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Brett M. Kalikow
Assistant United States Attorney
(212) 637-2220

cc: Jennifer Willis, Esq. (via ECF and email)