
MEMO ENDORSED

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

February 27, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/27/2020

**VIA ECF**
The Honorable Judge Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   **United States v. Mohammed Altaf Hossain**
      **19 Cr. 756 (ALC)**

Dear Judge Carter:

I write, with the consent of the government, to respectfully request that the Court adjourn the conference currently scheduled for tomorrow, Friday, February 28, 2020. I previously submitted a deferred prosecution request to the government for its consideration and it is my understanding that the request has been approved. However, some additional time is needed to prepare the required paperwork. I request that the matter be adjourned to a date during the week of March 9th and I anticipate that the case will be resolved at that time.

I thank the Court for its attention to this matter.

Respectfully submitted,
/s/ Jennifer Willis
Jennifer Willis
Assistant Federal Defender
(212) 417-8743

cc: AUSA Brett Michael Kalikow (by ECF)
    US PTSO Mohammed Ahmed (by e-mail)

The conference currently scheduled for February 28, 2020 at 10:30 a.m. is **ADJOURNED** until **March 9, 2020 at 10:30 a.m.** in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
2/27/2020