UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| United States of America | |
|---|---|
| v. | **Deferred Prosecution Agreement** |
| Mohammed Altaf Hossain, | 19 Cr. 756 (ALC) |
| *Defendant.* | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: 3-9-20 |

TO: Mohammed Altaf Hossain

On October 18, 2019, a grand jury sitting in the Southern District of New York returned Indictment 19 Cr. 756 (ALC), in which you are accused of offenses against the United States, to wit, conspiracy against the United States, in violation of Title 18, United States Code, Section 371, and a violation of the SNAP Program, in violation of Title 7, United States Code, Section 2024(b), and Title 18, United States Code, Section 2. However, after a thorough investigation it has been determined that the interest of the United States and your own interest will best be served by deferring prosecution in this District. Prosecution will be deferred during the term of your good behavior and satisfactory compliance with the terms of this agreement for the period of six months from the signing of this agreement. The terms and conditions constituting your good behavior and satisfactory compliance are as follows:

(1) You shall refrain from violation of any law (federal, state and local). You shall immediately contact your U.S. Pretrial Services Officer if arrested or questioned by a law-enforcement officer.

(2) You shall associate only with law-abiding persons.

(3) You shall not leave the Southern District of New York, the Eastern District of New York, the District of New Jersey, or the Eastern District of Pennsylvania without the permission of your supervising U.S. Pretrial Services Officer. International travel shall be subject to the approval of your supervising U.S. Pretrial Services Officer and the Government. It is expected that your supervising U.S. Pretrial Services Officer and the Government will approve travel of determinate duration to Saudi Arabia and/or Bangladesh upon presentation of an appropriate travel plan and acquisition of required visa(s) or other necessary international travel documents.

(4) You shall notify your supervising U.S. Pretrial Services Officer immediately of any change in your place of residence.

(5) You shall follow your supervising U.S. Pretrial Services Officer's instructions and advice.

(6) You shall report to your supervising U.S. Pretrial Services Officer as directed.

As a further condition you hereby consent to disclosure, by any federal, state or local government agency, or by any medical or substance abuse treatment provider, to the U.S. Pretrial Services Officer supervising your case, of such medical and treatment records as may be requested by the Pretrial Services Officer to evaluate deferral of prosecution in this case. You further agree that you will execute any additional consent forms that any such agency or provider may require to release such information.

The United States Attorney may at any time revoke or modify any condition of this provisional release or change the period of such supervision. The United States Attorney may discharge you from supervision at any time. The United States Attorney may at any time proceed with the prosecution for this offense should the United States Attorney, in his or her sole discretion, deem such action advisable.

If upon completion of your supervision a written report from your supervising U.S. Pretrial Services Officer is received to the effect that you have complied with all the rules, regulations and conditions and special conditions applicable to your deferred prosecution, no further prosecution will be instituted in this District for the above offense.

Dated: New York, New York
       March 3, 2020

                                   GEOFFREY S. BERMAN
                                   United States Attorney for the
                                   Southern District of New York

By: _____
     Brett M. Kalikow
     Assistant United States Attorney
     Tel.: 212-637-2220

The undersigned hereby consents to the foregoing and expressly waives any and all rights to a speedy trial pursuant to the Sixth Amendment to the United States Constitution, the Speedy Trial Act, 18 U.S.C. §§3161 et seq., and any other pertinent provisions, and consents to the adjournment of all pending proceedings in this case. The undersigned further waives the applicable statute of limitations with respect to any prosecution that is not time-barred on the date that this agreement is signed. It is the intent of this provision to toll the applicable statute of limitations during the pendency of the deferred prosecution.

Dated: New York, New York

      March 9, 2020

_____  
Jennifer Willis, Esq.  
Attorney for Defendant

_____  
Mohammed Altaf Hossain  
Defendant

Pursuant to 18 U.S.C. §3161(h)(2), exclusion under the Speedy Trial Act of the period of time during which the prosecution of the defendant is deferred pursuant to this agreement is hereby approved.

Dated: New York, New York

      March 9, 2020

_____  
United States District Judge

The undersigned hereby consents to the foregoing and will accept supervision of the above-named defendant on the conditions set forth herein.

Dated: New York, New York  
      March 9, 2020

_____  
Mohammed Ahmed  
United States Pretrial Services Officer

07.29.2012