```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :    NOLLE PROSEQUI
UNITED STATES OF AMERICA         :
                                 :    19 Cr. 756 (ALC)
          -v.-                   :
                                 :
MOHAMMED ALTAF HOSSAIN,          :
                                 :
               Defendant.        :
                                 :
- - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10-21-20

1.   The filing of this *nolle prosequi* will dispose of this case in its entirety.

2.   On October 18, 2019, Criminal Indictment 19 Cr. 756 (ALC) was filed, charging MOHAMMED ALTAF HOSSAIN with one count of conspiracy to commit an offense against the United States, specifically, to violate the laws and regulations governing the Supplemental Nutrition Assistance Program ("SNAP"), in violation of 18 U.S.C. § 371, and one count of violating the laws and regulations governing SNAP, in violation of 7 U.S.C. §2024(b) and 18 U.S.C. § 2.

3.   On or about March 9, 2020, MOHAMMED ALTAF HOSSAIN entered into a deferred prosecution agreement with the Government. Under the agreement, prosecution was deferred for a period of six months during the term of the defendant's good behavior and satisfactory compliance with the terms of the agreement. The United States Pretrial Services Office has informed the Government that HOSSAIN has complied with the terms of the agreement during

the period of the deferral, which has now expired.

    4. Given the defendant's successful adherence to the terms of the deferred prosecution agreement, the Government has determined that further prosecution of this matter would not be in the interests of justice.

    5. In light of the foregoing, we recommend that an order of *nolle prosequi* be filed as to defendant MOHAMMED ALTAF HOSSAIN.

Dated:    New York, New York
           October 11, 2020

                              Brett M. Kalikow
                              Assistant United States Attorney
                              (212) 637-2220

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of *nolle prosequi* be filed as to defendant MOHAMMED ALTAF HOSSAIN.

Dated:   New York, New York
         October 12, 2020

*[signature]*
AUDREY STRAUSS
Acting United States Attorney
Southern District of New York

SO ORDERED:

Dated:   New York, New York
         October 21, 2020

*[signature]*
THE HONORABLE ANDREW L. CARTER, JR.
United States DISTRICT Judge
Southern District of New York

3